```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07238
   ADRIAN K WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8328


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/20/2006 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 08/11/2006.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
 CHASE HOME FINANCE LLC    CURRENT MORTG           .00            .00            .00
 CHASE HOME FINANCE LLC    MORTGAGE ARRE       8403.99            .00            .00
 DUPAGE COUNTY CLERK OFFI  SECURED             1271.00            .00            .00
 HARLEM FURNITURE          SECURED             1000.00            .00            .00
 HARLEM FURNITURE          UNSECURED         NOT FILED            .00            .00
 LANG PROPERTY MANAGEMENT  SECURED              350.00            .00            .00
 SST                       SECURED             2621.00            .00            .00
 WELLS FARGO FINANCIAL AC  SECURED             2000.00            .00            .00
 WELLS FARGO FINANCIAL AC  UNSECURED           5638.51            .00            .00
 BALLYS TOTAL FITNESS      UNSECURED         NOT FILED            .00            .00
 CHARTER ONE BANK          UNSECURED         NOT FILED            .00            .00
 CITIBANK                  UNSECURED         NOT FILED            .00            .00
 CRED PROTECTION ASSOCIAT  UNSECURED         NOT FILED            .00            .00
 DEPENDON COLLECTION SE    UNSECURED         NOT FILED            .00            .00
 GREATER NORTHWEST MEDICA  UNSECURED         NOT FILED            .00            .00
 HSBC NV                   UNSECURED         NOT FILED            .00            .00
 HSBC/BEST BUY             UNSECURED         NOT FILED            .00            .00
 IC SYSTEMS                UNSECURED         NOT FILED            .00            .00
 KCA FINANCIAL SERVICES    UNSECURED         NOT FILED            .00            .00
 NICOR                     UNSECURED         NOT FILED            .00            .00
 SALLIE MAE INC            UNSECURED               .00            .00            .00
 SPRINT                    UNSECURED         NOT FILED            .00            .00
 VERIZON WIRELESS          UNSECURED         NOT FILED            .00            .00
 SST                       UNSECURED            39.73            .00            .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY            .00                            .00
 TOM VAUGHN                TRUSTEE                                               .00
 DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                                .00

 PRIORITY                                                  .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 07238 ADRIAN K WILLIAMS
```

```
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                    ---------------      ---------------
TOTALS                                          .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 12/04/06                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```