```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                              CASE NO. 06 B 07238
  ADRIAN K WILLIAMS
                                                    CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-8328

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/20/06 and confirmed on 10/13/06.

2. The case was dismissed after confirmation, 05/30/2008.

3. The Debtor paid a total of $ 7025.15 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 62.70 | .00 | 62.70 |
| DUPAGE COUNTY COLLECTOR | SECURED | 1271.00 | 184.04 | 279.49 |
| HARLEM FURNITURE | UNSECURED | 3808.49 | .00 | 40.00 |
| LANGE PROPERTY MGNT | UNSECURED | NOT FILED | .00 | .00 |
| SYSTEMS & SERVICES TECH | SECURED VEHIC | 2621.00 | 310.11 | 590.96 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 7638.51 | 1986.74 | 809.81 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2228.19 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| GREATER NORTHWEST MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1269.03 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 534.34 | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 1146.20 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| AFNI/VERIZON | UNSECURED | 72.36 | .00 | .00 |
| WORLD FINANCIAL NETWORK | NOTICE ONLY | .00 | .00 | .00 |
| SYSTEMS & SERVICES TECH | UNSECURED | 39.73 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 788.51 | .00 | .00 |
| SIERRA BLANCA CONDOMINIU | SECURED | 918.61 | .00 | .00 |

         Summary of disbursements:
---

```
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12511.82         .00      9886.85         .00      22398.67
PRINCIPAL PAID       1742.96         .00        40.00         .00       1782.96
INTEREST PAID        2480.89         .00          .00         .00       2480.89
TOTAL PAID           4223.85         .00        40.00         .00       4263.85
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $    2500.00
and was paid $     134.75   direct and $    2365.25   through the plan.

The Trustee received $     288.75 .

Refunds to the Debtor totaled $    107.30 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/20/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE